IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, and
CHARLES DUFF, Revenue Officer,
Internal Revenue Service,

      Petitioner,                      MC. NO. S-09-0044 LKK GGH

    vs.

STEPHEN J. SILVA,

      Respondent.                   <u>ORDER</u>
_____/

        Previously pending on this court's calendar for June 25, 2009, was an order to show cause regarding the government's petition to enforce Internal Revenue Service summons. Yoshinori Himel appeared on behalf of the United States. Stephen Silva appeared in pro se.

        In accordance with orders made at hearing, IT IS ORDERED that:

    1.  The show cause order of May 12, 2009, is discharged.

    2. Respondent shall appear at IRS offices, 4430 Watt Avenue, Sacramento, California, on July 15, 2009 at 9:00 a.m. to provide testimony and produce documents responsive to petitioner's IRS summons.

DATED: July 7, 2009

                                              /s/ Gregory G. Hollows

                                              U. S. MAGISTRATE JUDGE

GGH:076:USSilva0044.irs.wpd